## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Muellner, John J | Case Number: 05 B 20054 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 6/17/08 | Filed: 5/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: June 12, 2008

Confirmed: July 5, 2005

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,300.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 13,107.04 |
| Priority: | | 0.00 |
| Administrative: | | 1,394.00 |
| Trustee Fee: | | 798.96 |
| Other Funds: | | 0.00 |
| Totals: | 15,300.00 | 15,300.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 1,394.00 | 1,394.00 |
| 2. | ECast Settlement Corp | Unsecured | 2,072.52 | 2,346.59 |
| 3. | ECast Settlement Corp | Unsecured | 379.15 | 429.41 |
| 4. | Specialized Management Consultants | Unsecured | 88.56 | 100.26 |
| 5. | Resurgent Capital Services | Unsecured | 1,131.99 | 1,281.65 |
| 6. | ECast Settlement Corp | Unsecured | 2,989.25 | 3,384.42 |
| 7. | ECast Settlement Corp | Unsecured | 874.89 | 990.55 |
| 8. | ECast Settlement Corp | Unsecured | 1,860.04 | 2,105.97 |
| 9. | Portfolio Recovery Associates | Unsecured | 2,179.95 | 2,468.19 |
| 10. | Bankcard Services | Unsecured | | No Claim Filed |
| 11. | Chapter 13 Trustee | Unsecured | | No Claim Filed |
| 12. | Exxon | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,970.35 | $ 14,501.04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 26.29 |
| 5.5% | 254.98 |
| 5% | 63.38 |
| 4.8% | 122.25 |
| 5.4% | 275.89 |
| 6.5% | 56.17 |
| | _____ |
| | $ 798.96 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Muellner, John J

    Printed:  6/17/08

Case Number:  05 B 20054

Judge:  Goldgar, A. Benjamin

Filed:  5/18/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: